UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIRMON ATTA,

        Plaintiff,

   v.

KILOLO KIJAKAZI, et al.,

        Defendants.

Case No. 23-cv-02673-AMO

**ORDER REASSIGNING CASE**

In cases that are initially assigned to a District Judge, Civil Local Rule 73(b) permits the parties to "consent at any time to the Court reassigning the case to a Magistrate Judge for all purposes, including entry of final judgment, pursuant to 28 U.S.C. § 636(c)." Civil L.R. 73(b). Here, each party has filed a consent to proceed before a Magistrate Judge. ECF 5, 6. Accordingly, the Court orders that the case be re-assigned to a Magistrate Judge pursuant to Civil Local Rule 73(b).

**IT IS SO ORDERED.**

Dated: February 8, 2024

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**